**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Adolph Troy MARTINEZ,**
**Defendant–Appellant.**

**No. 04–14010.**
**D.C. Docket No. 03–00083–CR–01–1.**

United States Court of Appeals,
Eleventh Circuit.

July 27, 2005.

John Flythe, Augusta, GA, for Defendant–Appellant.

---

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and BARKETT, Circuit Judges.

Non–Argument Calendar

PER CURIAM.

John Flythe, appointed counsel for Adolph Troy Martinez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Martinez's convictions and sentences are AFFIRMED.